NEHEMIAH RAPLEE, Respondent, *v.* LEWIS J. WILKIN et al., Appellants.

(Argued March 26, 1879 ; decided April 8, 1879.)

*J. E. Roe* for appellants.

*M. J. Sunderlin* for respondent.

AGREE to affirm without opinion.
All concur, except MILLER, J., absent.
Judgment affirmed.

---

AUGUSTUS RICE, Respondent, *v.* EDWARD LIVERMORE, Impleaded, etc., Appellant.

(Argued March 31, 1879 ; decided April 8, 1879.)

*Nelson Smith* for appellant.

*Wm. A. Coursén* for respondent.

AGREE to affirm on opinion of DAVIS, J., in court below.
All concur.
Judgment affirmed.